UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**Kair Muradov**

**V.**

CIVIL ACTION NO. 1:26-cv-11773-MJJ

**Blanche et al**

ORDER OF DISMISSAL

**JOUN, D.J.**

In accordance with the Respondents' Status Report dated April 27, 2026, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

April 28, 2026

/s/ Sophie Phillips
---------------------------
**Deputy Clerk**